AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHAUNTYLL LOUISA ALLEN | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No.  26-mj-40 DLM |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
<u>     CHAUNTYLL LOUISA ALLEN                                                                </u>
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2) *[handwritten: NO PROBABLE CAUSE DLM]*

Date: 1/20/26

*Issuing officer's signature*

City and State: <u>St. Paul, MN</u>

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*