UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Chauntyll Louisa Allen,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Criminal Case No.: 26-mj-40 (LMP/DLM) |

    The undersigned attorney hereby notifies the Court and counsel that Jill A. Brisbois shall appear as counsel of record for Defendant Chauntyll Lousia Allen, in this case.

Dated: January 23, 2026

s/ Jill A. Brisbois
**THE JAB FIRM**
Attorney ID #345477
150 South 5th Street
Suite 1850
Minneapolis, MN  55402
Tele.: (651) 209-7797
Email: jill@thejabfirm.com