IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: SHANNON G. ELKINS | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 26-mj-40 LMP/DLM |
| | ) | Date: | January 23, 2026 |
| William Scott Kelly (3), | ) | Court Reporter: | Paula Richter |
| | ) | Courthouse: | Minneapolis |
| Defendant. | ) | Courtroom: | 9E |
| | ) | Time Commenced: | 2:04 p.m. |
| | ) | Time Concluded: | 2:49 p.m. |
| | ) | Time in Court: | 45 minutes |

X INITIAL APPEARANCE    X 3142(f)(2) HEARING
Time in Court Initial/3142: 15 minutes/30 minutes

Plaintiff: Robert Keenan and Orlando Sonza, Assistant U.S. Attorneys
Defendant: James Becker
  X FPD    X To be appointed

Date Charges Filed: January 20, 2026     Offense: Conspired to injure, oppress, threaten, and intimidate the rights of other persons secured by Federal Law, namely, the free exercise of religion as a place of religious worship.

X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.
X Counsel argues as to the setting of a detention hearing under 18 USC 3142(f)(2).
X Government's motion is X Denied.
X The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to STAY the order.    X Denied.

Next appearance date is TBD before a U.S. Magistrate Judge for:
  X Preliminary hrg

X  Government moves to unseal the case.    X Granted
Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                _s/ms_
                                                    Signature of Courtroom Deputy