UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-40(1) (LMP/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEKIMA LEVY-ARMSTRONG, )<br>)<br>Defendant. ) | **NOTICE OF REPRESENTATION** |

PLEASE TAKE NOTICE that undersigned counsel Jordan S. Kushner is representing Defendant Nekima Levy-Armstrong as private counsel in the above-captioned case.

Dated:  January 24, 2026                        LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
jskushner@gmail.com