UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| United States of America, | |
|---|---|
| Plaintiff, | **DECLARATION** |
| v. | Criminal Case No.: 26-mj-40 (LMP/DLM) |
| Chauntyll Louisa Allen, | |
| Defendant. | |

I declare under the penalty of perjury, that the below is true and correct:

1. On January 26, 2026, I turned my passport into the U.S. Probation Office.

,

Dated: January 26, 2026

_____
Chauntyll Louisa Allen