UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-40(1) (LMP/DLM)

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )          **CERTIFICATION OF DEFENDANT**
                                     )
NEKIMA LEVY-ARMSTRONG,               )
                                     )
          Defendant.                 )

Pursuant to the Court's Order filed on January 23, 2026 (Doc. 22 at page 9), I hereby certify and declare under penalty of perjury that the statements below are true and correct:

1.    I surrendered by U.S. passport to the probation officer on January 26, 2026.

2.    I do not have any other travel documents as defined by the Court in its Order.

Dated:    1 /27/2026

_____
Nekima Levy-Armstrong